# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KENNETH G. STEEPROW,**

      **Plaintiff,**

-vs-                                        **Case No. 6:06-cv-611-Orl-31JGG**

**STAFF LEASING COMPANY, ROOFING COMPANY and GERALD HIRT,**

      **Defendants.**

_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Glazebrook (Doc. 14) and Plaintiff's objection thereto (Doc. 15), it is

**ORDERED** that Plaintiff's objection is overruled. The Report and Recommendation is confirmed and adopted as part of this Order. It is further **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is DENIED;

2. Plaintiff's Motion for Transfer (Doc. 1) is DENIED, and the Clerk is directed to remand this action to state court; and

3. Any other pending motions are DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 14, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE